AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife,<br>Plaintiff(s)<br><br>v.<br><br>STATELESS, a musical group; CHRIS JAMES; GERARD ROBERTS, d/b/a  KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS, d/b/a  DJ SHADOW; NINJA TUNE INC., a California corporation;  FERAL INTERACTIVE LTD. a United Kingdom company;  SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; VALVE CORPORATION, a Washington corporation; SQUARE ENIX INC. a Washington corporation; MICROSOFT CORPORATION, a Washington corporation; YOUTUBE, LLC, a Delaware limited liability company; APPLE INC., a California corporation; AMAZON.COM, INC., a Delaware corporation;  BEST BUY CO., Inc., a Minnesota corporation; GAMESTOP INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; WAL-MART STORES, INC., a Delaware corporation; DOES 1 through 20, inclusive.<br>Defendants. | Civil Action No.  5:16-cv-06206-HRL<br><br>**SUMMONS IN A CIVIL ACTION** |

TO:   Joshua Paul Davis, d/b/a  DJ Shadow, 80 Montford Ave., Mill Valley  CA  94941-3332

AND TO: Defendants listed on Exhibit A attached hereto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Dino Vasquez, CSBA #146725, WSBA #25533
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# Exhibit A

| | |
|---|---|
| STATELESS<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Chris James<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| Gerard Roberts, d/b/a <u>KidKanevil</u><br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Justin Percival<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| David Levin<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Rod Buchanan-Dunlop<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| NINJA TUNE INC.<br>c/o David Scadron, Registered Agent<br>1030 N Alvarado #102<br>Los Angeles CA 90026 | FERAL INTERACTIVE LIMITED<br>Attn: David Stephen, Director<br>64 Kimber Road<br>Southfields  London  SW18 4PP |
| Sony Interactive Entertainment LLC<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. Ste. 150N<br>Sacramento CA 95833 | Valve Corporation<br>c/o Corpserve, Inc.<br>1001 4th Ave Ste. 4500<br>Seattle WA 98154 |
| SQUARE ENIX INC.<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater WA 98501-7719 | Microsoft Corporation<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater WA 98501-7719 |
| Youtube, LLC<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. Ste. 150N<br>Sacramento CA 95833 | Apple Inc.<br>c/o C T Corporation System<br>818 W 7th St. Ste. 930<br>Los Angeles CA 90017 |
| Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater WA 98501-7719 | Best Buy Co., Inc.<br>c/o C T Corporation System<br>1010 Dale St. N<br>St. Paul MN 55117-5603 |
| Gamestop Inc.<br>c/o C T Corporation System<br>1010 Dale St N<br>St Paul, MN 55117–5603 | Target Corporation<br>c/o C T Corporation System<br>1010 Dale St N<br>St Paul, MN 55117–5603 |
| Wal-Mart Stores, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington  DE 19801 | |

#1065092 v1 / 72221-001