AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife,<br>Plaintiff(s)<br><br>v.<br><br>STATELESS, a musical group; CHRIS JAMES; GERARD ROBERTS, d/b/a KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS, d/b/a DJ SHADOW; NINJA TUNE INC., a California corporation; FERAL INTERACTIVE LTD. a United Kingdom company; SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; VALVE CORPORATION, a Washington corporation; SQUARE ENIX INC. a Washington corporation; MICROSOFT CORPORATION, a Washington corporation; YOUTUBE, LLC, a Delaware limited liability company; APPLE INC., a California corporation; AMAZON.COM, INC., a Delaware corporation; BEST BUY CO., Inc., a Minnesota corporation; GAMESTOP INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; WAL-MART STORES, INC., a Delaware corporation; DOES 1 through 20, inclusive.<br>Defendants. | Civil Action No. **5:16-cv-06206-HRL**<br><br>**SUMMONS IN A CIVIL ACTION** |

TO:   Joshua Paul Davis, d/b/a DJ Shadow, 80 Montford Ave., Mill Valley CA 94941-3332

AND TO: Defendants listed on Exhibit A attached hereto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Dino Vasquez, CSBA #146725, WSBA #25533
**Karr Tuttle Campbell**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   November 2, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-06206 HRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

5:16-cv-06206 HRL

# Exhibit A

| | |
|---|---|
| STATELESS<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Chris James<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| Gerard Roberts, d/b/a <u>KidKanevil</u><br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Justin Percival<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| David Levin<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom | Rod Buchanan-Dunlop<br>*Address Unknown*<br>*(to be determined)*<br>United Kingdom |
| NINJA TUNE INC.<br>c/o David Scadron, Registered Agent<br>1030 N Alvarado #102<br>Los Angeles CA 90026 | FERAL INTERACTIVE LIMITED<br>Attn: David Stephen, Director<br>64 Kimber Road<br>Southfields  London  SW18 4PP |
| Sony Interactive Entertainment LLC<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. Ste.  150N<br>Sacramento CA  95833 | Valve Corporation<br>c/o Corpserve, Inc.<br>1001 4th Ave Ste. 4500<br>Seattle  WA  98154 |
| SQUARE ENIX INC.<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater  WA  98501-7719 | Microsoft Corporation<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater  WA  98501-7719 |
| Youtube, LLC<br>c/o CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Dr. Ste.  150N<br>Sacramento CA  95833 | Apple Inc.<br>c/o C T Corporation System<br>818 W 7th St. Ste. 930<br>Los Angeles  CA  90017 |
| Amazon.com, Inc.<br>c/o Corporation Service Company<br>300 Deschutes Way SW Ste. 304<br>Tumwater  WA  98501-7719 | Best Buy Co., Inc.<br>c/o C T Corporation System<br>1010 Dale St. N<br>St. Paul  MN  55117-5603 |
| Gamestop Inc.<br>c/o C T Corporation System<br>1010 Dale St N<br>St Paul, MN 55117–5603 | Target Corporation<br>c/o C T Corporation System<br>1010 Dale St N<br>St Paul, MN 55117–5603 |
| Wal-Mart Stores, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington   DE  19801 | |

#1065092 v1 / 72221-001