| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( x ) ACTION          ( ) APPEAL

DOCKET NO:           DATE FILED:           COURT NAME AND LOCATION
5:16-cv-06206-HRL    October 26, 2016      United States District Court
                                           Northern District of California
                                           280 South 1st Street
                                           San Jose, CA 95113

PLAINTIFF:                                 DEFENDANT:
Dotis                                      Stateless

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | PLEASE SEE ATTACHED COPY OF COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED       INCLUDED BY:
                    ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:              WRITTEN OPINION ATTACHED:           DATE RENDERED:
( ) Order    ( ) Judgment   ( ) Yes    ( ) No

*Susan Y. Soong* (signature)              *Diane Miyashiro* (signature)                11/2/2016
Susan Y. Soong, Clerk                     (by) Deputy Clerk, Diane Miyashiro           Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy