The Honorable Howard R. Lloyd

J. Dino Vasquez, CSBA #146725
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com
Attorney For Plaintiffs Demetrios Dotis and Vickie Dotis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> STATELESS, a musical group; CHRIS JAMES; GERARD ROBERTS, d/b/a KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS, d/b/a DJ SHADOW; NINJA TUNE INC., a California corporation; FERAL INTERACTIVE LTD. a United Kingdom company; SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; VALVE CORPORATION, a Washington corporation; SQUARE ENIX INC. a Washington corporation; MICROSOFT CORPORATION, a Washington corporation; YOUTUBE, LLC, a Delaware limited liability company; APPLE INC., a California corporation; AMAZON.COM, INC., a Delaware corporation; BEST BUY CO., Inc., a Minnesota corporation; GAMESTOP INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; WAL-MART STORES, INC., a Delaware corporation; DOES 1 through 20, inclusive. <br> Defendants | CASE NO. 5:16-CV-06206-HRL <br><br> CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

CONSENT OR DECLINATION TO MAGISTRATE JUDGE
JURISDICTION - 1
CASE NO. 5:16-CV-06206-HRL
#1065963 v1 / 72221-001

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

**X** **Consent** **to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline** **Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Date: 11/09/16          Name:     J. Dino Vasquez

                        Counsel for     Plaintiffs Demetrios Dotis and Vickie Dotis
                        (or Pro Se):

                        _____
                        *Signature*

CONSENT OR DECLINATION TO MAGISTRATE JUDGE
JURISDICTION  - 2
CASE NO. 5:16-CV-06206-HRL
#1065963 v1 / 72221-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100