UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Demetrios Dotis, et al.

Plaintiff(s),

v.

Stateless, et al.

Defendant(s).

Case No: 16-cv-06206-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nathan T. Paine, an active member in good standing of the bar of Supreme Court of WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Demetrios and Vickie Dotis in the above-entitled action. My local co-counsel in this case is David D. Sohn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300, Seattle, WA 98104 | Sohn Legal Group<br>275 Battery Street, Suite 200, San Francisco 94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 223-1313 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 421-1300 |
| MY EMAIL ADDRESS OF RECORD:<br>npaine@karrtuttle.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>david@sohnlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 34487.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nathan T. Paine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                              October 2012

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 34487 |
| OF | ) | CERTIFICATE |
| NATHAN PAINE | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**NATHAN PAINE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 24, 2003, and is now and has been continuously since that date an attorney in good standing, with the exception of being suspended for non-payment of dues on July 28, 2004. He was reinstated back to active status effective November 28, 2004. His current status is active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 4th day of November, 2016.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court