1 | David D. Sohn, (SBN 221119)
**SOHN LEGAL GROUP, P.C.**
2 | 275 Battery Street, Suite 200
San Francisco, California 94111
3 | Telephone: 415-421-1300
Facsimile: 415-423-3455
4 | david@sohnlegal.com

5 | Attorneys for Plaintiffs DEMETRIOS DOTIS and VICKIE DOTIS

6

7 | **UNITED STATES DISTRICT COURT**

8

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife, | Case No. 5:16-cv-06206-HRL |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DAVID D. SOHN AS COUNSEL FOR PLAINTIFFS** |
| v. | |
| STATELESS, a musical group; CHRIS JAMES; GERARD ROBERTS, d/b/a KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS, d/b/a DJ SHADOW; NINJA TUNE INC., a California corporation; FERAL INTERACTIVE LTD. a United Kingdom company; SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; VALVE CORPORATION, a Washington corporation; SQUARE ENIX INC. a Washington corporation; MICROSOFT CORPORATION, a Washington corporation; YOUTUBE, LLC, a Delaware limited liability company; APPLE INC., a California corporation; AMAZON.COM, INC., a Delaware corporation; BEST BUY CO., Inc., a Minnesota corporation; GAMESTOP INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; WAL-MART STORES, INC., a Delaware corporation; DOES 1 through 20, inclusive, | L.R 5-1(c)(2)<br><br>Date:<br>Time:<br>Dept.:<br>Judge.: Hon. Howard R. Lloyd<br><br>Complaint Filed: October 26, 2016<br>Trial Date: Not Set |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that I, DAVID D. SOHN, of Sohn Legal Group, P.C., hereby enter my appearance as counsel for Plaintiffs DEMETRIOS DOTIS and VICKIE DOTIS in the above-entitled action.  I am a member in good standing of the State Bar of California and am admitted to practice in the United States District Court of the Northern District of California.  My address, telephone number, facsimile number, and email address are as follows:

> Sohn Legal Group, P.C.
> 275 Battery Street, Suite 200
> San Francisco, CA  94111
> Telephone:  415-421-1300
> Facsimile:   415-423-3455
> Email:        david@sohnlegal.com

Copies of all pleadings and noticed pertaining to the above-entitled action should be served on me at this address/email address.

DATED:  November 11, 2016          SOHN LEGAL GROUP, P.C.


                                   By: _____/s/  David D. Sohn_____
                                              David D. Sohn

                                   Attorneys for Plaintiffs DEMETRIOS DOTIS
                                   and VICKIE DOTIS