# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Demetrios Dotis, et al. | ) | |
|---|---|---|
| | ) | Case No: 16-cv-06206-HRL |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| | ) | **PRO HAC VICE** |
| Stateless, et al. | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | Re: Dkt. 8 |
| | ) | |

I, **Nathan T. Paine**, an active member in good standing of the bar of **Supreme Court of WA**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs Demetrios and Vickie Dotis** in the above-entitled action. My local co-counsel in this case is **David D. Sohn**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300, Seattle, WA 98104 | Sohn Legal Group<br>275 Battery Street, Suite 200, San Francisco 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 223-1313 | (415) 421-1300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| npaine@karrtuttle.com | david@sohnlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **34487**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Nathan T. Paine** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2016

_____
UNITED STATES ~~xxxxxx~~ MAGISTRATE JUDGE
Howard R. Lloyd