UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Demetrios Dotis, et al.

                Plaintiff(s),

v.

Stateless, et al.

                Defendant(s).

Case No: 16-cv-06206-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

Re: Dkt. 10

I, Andrew W. Durland, an active member in good standing of the bar of Supreme Court of WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Demetrios and Vickie Dotis in the above-entitled action. My local co-counsel in this case is David D. Sohn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300, Seattle, WA 98104 | Sohn Legal Group<br>275 Battery Street, Suite 200, San Francisco 94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 223-1313 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 421-1300 |
| MY EMAIL ADDRESS OF RECORD:<br>adurland@karrtuttle.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>david@sohnlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49747.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew W. Durland is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2016

                      UNITED STATES xxxxxxx MAGISTRATE JUDGE
                      Howard R. Lloyd