UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Demetrios Dotis, et al. | ) | |
|---|---|---|
| | ) | Case No: 16-cv-06206-HRL |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| | ) | **PRO HAC VICE** |
| Stateless, et al. | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | Re: Dkt. 11 |

I, George S. Treperinas, an active member in good standing of the bar of Supreme Court of WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Demetrios and Vickie Dotis in the above-entitled action. My local co-counsel in this case is David D. Sohn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Karr Tuttle Campbell | Sohn Legal Group |
| 701 Fifth Avenue, Suite 3300, Seattle, WA 98104 | 275 Battery Street, Suite 200, San Francisco 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (206) 223-1313 | (415) 421-1300 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| gtreperinas@karrtuttle.com | david@sohnlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 15434.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

_____
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of George S. Treperinas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 14, 2016

_____
UNITED STATES xxxxxxx MAGISTRATE JUDGE
Howard R. Lloyd

PRO HAC VICE APPLICATION & ORDER                                                  October 2012