1  Dale M. Cendali (S.B. # 1969070)
   dale.cendali@kirkland.com
2  Claudia Ray (*pro hac vice* pending)
   claudia.ray@kirkland.com
3  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
4  New York, New York 10022
   Telephone: (212) 446-4800
5  Facsimile: (212) 446-6460

6  Attorneys for Defendant Apple Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 DEMETRIOS DOTIS and VICKIE DOTIS,   ) CASE NO.: 5:16-cv-06206-HRL
   Husband and Wife,                   )
12                                     )
            Plaintiff,                 ) **NOTICE OF APPEARANCE**
13                                     ) **FOR APPLE INC.**
        vs.                            )
14                                     )
   STATELESS, a musical group; CHRIS   )
15 JAMES; GERARD ROBERTS, d/b/a        )
   KIDKANEVIL; JUSTIN PERCIVAL; ROD    )
16 BUCHANANDUNLOP; DAVID LEVIN;        )
   JOSHUA PAUL DAVIS, d/b/a DJ SHADOW; )
17 NINJA TUNE INC., a California corporation; )
   FERAL INTERACTIVE LTD. a United     )
18 Kingdom company; SONY INTERACTIVE   )
   ENTERTAINMENT LLC, a California limited )
19 liability company; VALVE CORPORATION, )
   a Washington corporation; SQUARE ENIX )
20 INC. a Washington corporation; MICROSOFT )
   CORPORATION, a Washington corporation; )
21 YOUTUBE, LLC, a Delaware limited liability )
   company; APPLE INC., a California
22 corporation; AMAZON.COM, INC., a
   Delaware corporation; BEST BUY CO., Inc., a
23 Minnesota corporation; GAMESTOP INC., a
   Minnesota corporation; TARGET
24 CORPORATION, a Minnesota corporation;
   WAL-MART STORES, INC., a Delaware
25 corporation; DOES 1 through 20, inclusive.,

26         Defendants.

27

28

**NOTICE OF APPEARANCE FOR APPLE INC.**                    **CASE NO. 5:16-cv-06206-HRL**

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   I am admitted or otherwise authorized to practice in this court, and I appear in this case as

3  counsel for Apple Inc.

5  Dated:  November 21, 2016

Respectfully submitted,

KIRKLAND & ELLIS LLP

 /s/  *Dale M. Cendali*
Dale M. Cendali
Attorney for Defendant Apple Inc.
Email: dale.cendali@kirkland.com

## CERTIFICATE OF SERVICE

On November 21, 2016 a true and correct copy of the foregoing were served to all Counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h).

☒     FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2016, in New York, New York.

<em>/s/ Dale M. Cendali</em><br>
Dale M. Cendali