| | |
|---|---|
| J. Dino Vasquez (SBN 146725)<br>Nathan T. Paine (Admitted *Pro Hac Vice*)<br>Andrew W. Durland (Admitted *Pro Hac Vice*)<br>Georg S. Treperinas (Admitted *Pro Hac Vice*)<br>KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Attorneys for Plaintiffs | David Sohn (SBN 221119)<br>SOHN LEGAL GROUP, P.C.<br>425 California St., 19th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 421-1300<br>Fax: (415)421-1815<br>Email: david@sohnlegal.comm<br><br><br>Attorneys for Plaintiffs |
| Kenneth D. Freundlich (SBN 119806)<br>Michael J. Kaiser (SBN 258717)<br>FREUNDLICH LAW<br>16133 Ventura Blvd., Suite 1270<br>Encino, CA 91436<br>Telephone: 310-275-5350<br>Facsimile: 310-275-5351<br>Email: ken@freundlichlaw.com<br>Attorneys for Defendants Ninja Tune Inc., Stateless, Christopher James, Gerard Roberts dba KidKanevil, Justin Percival, Rod Buchanan-Dunlop, David Levin and Joshua Paul Davis pka DJ Shadow &<br>Co-Counsel for Defendants Amazon.com, Inc. and Best Buy Co, Inc. | David Aronoff (SBN 125694)<br>Rom Bar-Nissim (SBN 293356)<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506<br>Telephone: 310-598-4150<br>Facsimile: 310-556-9828<br>Email: daronoff@foxrothschild.com<br>rbar-nissim@foxrothschild.com<br>Attorneys for Defendants Square Enix, Inc., Sony Interactive Entertainment, LLC, Valve Corporation, Microsoft Corporation, Best Buy Co., Inc., GameStop, Inc., Target Corporation, Wal-Mart Stores, Inc. and Feral Interactive Limited |

**ADDITIONAL COUNSEL ON FOLLOWING PAGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATELESS, etc. *et al.*,<br><br>Defendants. | Case No. 3:16-cv-06206-~~HRL~~ VC<br><br>**STIPULATION FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT AND FILE REQUEST FOR DISMISSAL WITH PREJUDICE; ~~[PROPOSED]~~ ORDER**<br><br>AS MODIFIED |

**STIPULATION AND PROPOSED ORDER RE SETTLEMENT OF ACTION AND DISMISSAL**
Case No: 5:16-cv-06206-HRL

| Dale M. Cendali (S.B. 1969070) | Gregory L. Doll, SBN 193205 |
| --- | --- |
| dale.cendali@kirkland.com | L. Katie Machado, SBN 268491 |
| Claudia Ray (*pro hac vice*) | **DOLL AMIR & ELEY LLP** |
| claudia.ray@kirkland.com | 1888 Century Park East, Suite 1850 |
| KIRKLAND & ELLIS LLP | Los Angeles, CA 90067-1506 |
| 601 Lexington Avenue | Telephone: 310-557-9100 |
| New York, New York 10022 | Facsimile: 310-557-9101 |
| Telephone: (212) 446-4800 | gdoll@dollamir.com |
| Facsimile: (212) 446-6460 | kmachado@dollamir.com |
| | |
| Attorneys for Defendant Apple Inc. | Attorneys for Defendant Amazon.com, Inc. |

**STIPULATION AND PROPOSED ORDER RE SETTLEMENT OF ACTION AND DISMISSAL**
Case No: 5:16-cv-06206-HRL

| | |
|---|---|
| 1 | This status report regarding the settlement of this matter and dismissal is entered into by Plaintiffs, DEMERTRIOS DOTIS and VICKI DOTIS ("Plaintiffs"), on the one hand, and Defendants STATELESS, CHRIS JAMES; GERARD ROBERTS, d/b/a KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS d/b/a DJ SHADOW, NINJA TUNE, INC, SQUARE ENIX, INC., MICROSOFT CORPORATION, AMAZON.COM, INC., BEST BUY CO., INC., SONY INTERACTIVE ENTERTAINMENT LLC, GAMESTOP INC., TARGET CORPORATION, VALVE CORPORATION, WAL-MART STORES, INC., FERAL INTERACTIVE LIMITED and APPLE INC. (individually and collectively, the "Defendants"), by and through counsel below: |

1. On December 7, 2017, following the settlement conference herein, the Court entered a docket order stating that: "[The] Parties agreed to settlement term sheet, subject to long-form agreement anticipated within 7 days, and dismissal to follow within 30 days after. Magistrate Judge Cousins retains jurisdiction to enforce term sheet." Based on this docket order the Court is expecting a notice of dismissal on or before January 16, 2017;

2. The parties have been diligently working to complete the confidential written settlement agreement (which has several complex moving parts) in accord with the term sheet agreed to at the settlement conference, and the revised draft of the agreement is currently being reviewed by Plaintiffs' counsel;

3. The parties will not complete the written settlement in time such that the case will be dismissed within the Court's expected time frame. The parties, in good faith, believe that the paperwork and settlement will likely require an additional two weeks to finalize (including getting signatures from the many parties) which will call for the dismissal of the case with prejudice.

1     4.     In light of the foregoing, the parties have stipulated and agreed to, and jointly request an additional two weeks, to and including January 30, 2018 in which to complete the settlement and file their anticipated request for dismissal with prejudice.

Respectfully jointly submitted by:

| | |
|---|---|
| Karr Tuttle Campbell<br>701 5th Avenue, Suite 3300<br>Seattle, WA 98104<br><br>BY: /s/ Nathan T. Paine<br>**Nathan T. Paine, Esq.**<br>T: 206-223-1313<br>npaine@karrtuttle.com<br>*Attorneys for Plaintiffs Demetrios Dotis and Vicki Dotis* | Fox Rothschild LLP<br>10250 Constellation Blvd.,<br>Suite 900<br>Los Angeles CA 90067<br><br>BY: /s/ David Aronoff<br>**David Aronoff, Esq.**<br>T: 310-598-4150<br>daronoff@foxrothschild.com<br>*Attorneys for Defendants Sony Interactive Entertainment LLC, Feral Interactive Limited, Valve Corporation, Square Enix, Inc., Microsoft Corporation, Best Buy Co, Inc., Gamestop Inc., Target Corporation and Walmart Stores, Inc.* |
| FREUNDLICH LAW<br>16133 Ventura Boulevard, Suite 1270<br>Encino, CA 91436<br><br>BY: /s/ Kenneth D. Freundlich<br>**Kenneth D. Freundlich. Esq.**<br>T: 310-275-5350<br>Email: ken@freundlichlaw.com<br>*Attorneys for Defendants Ninja Tune, Inc., Stateless, Christopher James Alcock p/k/a/ Chris James, Gerard Roberts, d/b/a Kidkanevil, Justin* | DOLL AMIR & ELEY LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067-1506<br><br>BY: /s/ L. Katie Machado<br>**L. Katie Machado, Esq.**<br>T: 310-557-9100<br>kmachadeo@dollamir.com<br>Attorneys for Defendant Amazon.com, Inc. |

2
**STATUS REPORT RE SETTLEMENT OF ACTION AND DISMISSAL**
Case No: 5:16-cv-06206-HRL

| *Percival, Rod Buchanan-Dunlop, David Levin, and Joshua Paul Davis, d/b/a DJ Shadow, and Co-Counsel for Defendants Amazon.com, Inc, and Best Buy Co., Inc.* | |
| --- | --- |
| Kirkland and Ellis LLP<br>601 Lexington Ave<br>New York, NY 10022<br><br>BY: /s/ Dale Cendali<br>**Dale Cendali, Esq.**<br>T: 212-446-4948<br>Dale.cendali@kirkland.com<br>Attorneys for Defendant Apple Inc. | |

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation, it is so ordered.

Dated: January 17, 2018  _____
                                                                         The Honorable Vince Chhabria

The hearing re Dkt. No. 98, Motion for Partial
Summary Judgment, set for February 1, 2018,
is vacated. The Court sets an in-person Further Case Management
Conference for February 6, 2018 at 1:30 p.m.
A joint updated Case Management Statement is due
January 30, 2018.

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*