| | |
|---|---|
| J. Dino Vasquez (SBN 146725)<br>Nathan T. Paine (Admitted *Pro Hac Vice*)<br>Andrew W. Durland (Admitted *Pro Hac Vice*)<br>Georg S. Treperinas (Admitted *Pro Hac Vice*)<br>KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Attorneys for Plaintiffs | David Sohn (SBN 221119)<br>SOHN LEGAL GROUP, P.C.<br>425 California St., 19th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 421-1300<br>Fax: (415)421-1815<br>Email: david@sohnlegal.comm<br><br><br><br>Attorneys for Plaintiffs |
| Kenneth D. Freundlich (SBN 119806)<br>Michael J. Kaiser (SBN 258717)<br>FREUNDLICH LAW<br>16133 Ventura Blvd., Suite 1270<br>Encino, CA 91436<br>Telephone: 310-275-5350<br>Facsimile: 310-275-5351<br>Email: ken@freundlichlaw.com<br>Attorneys for Defendants Ninja Tune Inc., Stateless, Christopher James, Gerard Roberts dba KidKanevil, Justin Percival, Rod Buchanan-Dunlop, David Levin and Joshua Paul Davis pka DJ Shadow &<br>Co-Counsel for Defendants Amazon.com, Inc. and Best Buy Co, Inc. | David Aronoff (SBN 125694)<br>Rom Bar-Nissim (SBN 293356)<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506<br>Telephone: 310-598-4150<br>Facsimile: 310-556-9828<br>Email: daronoff@foxrothschild.com<br>rbar-nissim@foxrothschild.com<br>Attorneys for Defendants Square Enix, Inc., Sony Interactive Entertainment, LLC, Valve Corporation, Microsoft Corporation, Best Buy Co., Inc., GameStop, Inc., Target Corporation, Wal-Mart Stores, Inc. and Feral Interactive Limited |

**ADDITIONAL COUNSEL ON FOLLOWING PAGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3

| | |
|---|---|
| DEMETRIOS DOTIS and VICKIE DOTIS, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATELESS, etc. *et al.*,<br><br>Defendants. | Case No. 3:16-cv-06206-VC<br><br>**JOINT UPDATE TO CASE MANAGEMENT STATEMENT** AND ORDER |

Dale M. Cendali (S.B. 1969070)
dale.cendali@kirkland.com
Claudia Ray (*pro hac vice*)
claudia.ray@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460

Attorneys for Defendant Apple Inc.

Gregory L. Doll, SBN 193205
L. Katie Machado, SBN 268491
**DOLL AMIR & ELEY LLP**
1888 Century Park East, Suite 1850
Los Angeles, CA 90067-1506
Telephone: 310-557-9100
Facsimile: 310-557-9101
gdoll@dollamir.com
kmachado@dollamir.com

Attorneys for Defendant
Amazon.com, Inc.

This Joint Updated Case Management Statement regarding the settlement of this matter and dismissal is entered into by Plaintiffs, DEMERTRIOS DOTIS and VICKI DOTIS ("Plaintiffs"), on the one hand, and Defendants STATELESS, CHRIS JAMES; GERARD ROBERTS, d/b/a KIDKANEVIL; JUSTIN PERCIVAL; ROD BUCHANAN-DUNLOP; DAVID LEVIN; JOSHUA PAUL DAVIS d/b/a DJ SHADOW, NINJA TUNE, INC, SQUARE ENIX, INC., MICROSOFT CORPORATION, AMAZON.COM, INC., BEST BUY CO., INC., SONY INTERACTIVE ENTERTAINMENT LLC, GAMESTOP INC., TARGET CORPORATION, VALVE CORPORATION, WAL-MART STORES, INC., FERAL INTERACTIVE LIMITED and APPLE INC. (individually and collectively, the "Defendants"), by and through counsel below:

1.      On January 17, 2018, the Court received the parties' Stipulation requesting additional time to complete the settlement (Dkt. No. 120) and, *inter alia*, ordered that the parties file a Case Management Statement on or before 1/30/2018 (Dkt. No. 121).

2.      The Parties are pleased to report that a written settlement agreement has been fully negotiated, drafted, and finalized for signature, and the agreement has been circulated for execution by the 22 parties in the case.

3.      Because of the large number of parties herein, the parties anticipate that obtaining all of their signatures and satisfying the conditions precedent to filing the Request for Dismissal will take approximately one week from today.

4.      In light of the foregoing, the Parties anticipate that the Request for Dismissal with Prejudice will be filed by 2/7/2018 and respectfully request that the Further Case Management Conference currently set for 2/6/2018 be moved until 2/20/2018 at 1:30 PM in Courtroom 2, 17th Floor, San Francisco, or to such other date of convenience to the Court.

Respectfully jointly submitted on January 30, 2018, by:

| Karr Tuttle Campbell<br>701 5th Avenue, Suite 3300<br>Seattle, WA 98104<br><br>BY: /s/ Nathan T. Paine<br>**Nathan T. Paine, Esq.**<br>T: 206-223-1313<br>npaine@karrtuttle.com<br>*Attorneys for Plaintiffs*<br>*Demetrios*<br>*Dotis and Vicki Dotis* | Fox Rothschild LLP<br>10250 Constellation Blvd.,<br>Suite 900<br>Los Angeles CA 90067<br><br>BY: /s/ David Aronoff<br>**David Aronoff, Esq.**<br>T: 310-598-4150<br>daronoff@foxrothschild.com<br>*Attorneys for Defendants Sony*<br>*Interactive Entertainment LLC,*<br>*Feral Interactive Limited, Valve*<br>*Corporation, Square Enix, Inc.,*<br>*Microsoft Corporation, Best*<br>*Buy Co, Inc., Gamestop Inc.,*<br>*Target Corporation and*<br>*Walmart Stores, Inc.* |
|---|---|
| FREUNDLICH LAW<br>16133 Ventura Boulevard, Suite 1270<br>Encino, CA 91436<br><br>BY: /s/ Kenneth D. Freundlich<br>**Kenneth D. Freundlich. Esq.**<br>T: 310-275-5350<br>Email: ken@freundlichlaw.com<br>*Attorneys for Defendants Ninja*<br>*Tune, Inc., Stateless,*<br>*Christopher James Alcock p/k/a/*<br>*Chris James, Gerard Roberts,*<br>*d/b/a Kidkanevil, Justin*<br>*Percival, Rod Buchanan-*<br>*Dunlop, David Levin, and*<br>*Joshua Paul Davis, d/b/a DJ*<br>*Shadow, and Co-Counsel for*<br>*Defendants Amazon.com, Inc,*<br>*and Best Buy Co., Inc.* | DOLL AMIR & ELEY LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067-1506<br><br>BY: /s/ L. Katie Machado<br>**L. Katie Machado, Esq.**<br>T: 310-557-9100<br>kmachadeo@dollamir.com<br>Attorneys for Defendant<br>Amazon.com, Inc. |

**JOINT UPDATE TO CASE MANAGEMENT STATEMENT**

Kirkland and Ellis LLP
601 Lexington Ave
New York, NY 10022

BY: /s/ Dale Cendali
**Dale Cendali, Esq.**
T: 212-446-4948
Dale.cendali@kirkland.com
Attorneys for Defendant Apple
Inc.

## [PROPOSED] ORDER

Pursuant to the stipulation, it is so ordered.

Dated: _____January 31, 2018_____     _____

The Honorable Vince Chhabria

**JOINT UPDATE TO CASE MANAGEMENT STATEMENT**
Case No: 3:16-cv-06206-VC