# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOS DOTIS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> STATELESS, et al., <br><br> Defendants. | Case No. 16-cv-06206-VC <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 124 |

Pursuant to the parties' stipulation, the above-captioned case is dismissed with prejudice.

All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: February 20, 2018

_____
VINCE CHHABRIA
United States District Judge